UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MELINA RAZAVI,                    ) | Case No.: C 08-5552 PVT |
|                 Plaintiff,      ) | **ORDER REFERRING CASE TO DISTRICT JUDGE JAMES WARE FOR RELATED CASE CONSIDERATION** |
|     v.                                    ) | |
| ALEX NGUYEN, ET AL.,      ) | |
|                 Defendants.   ) | |

It has come to the court's attention that the above-captioned action may be related to other actions in the Northern District of California, San Jose Division. *See* CIVIL L.R. 3-12(c). Therefore,

This action is HEREBY REFERRED to District Judge James Ware with a request that he consider whether the following action is related:

*Razavi vs. Razavi, et al.,* Case No. C 05-5298 JW; and

*Razavi vs. Haefer, et al.*, Case No. C 06-0473 JW.

Dated:   February 2, 2009

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 1*