United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Melina Razavi, | NO. C 05-05298 JW |
| Plaintiff, | NO. C 06-00473 JW |
| v. | NO. C 08–05552 PVT |
| Melissa Razavi, et al., | **ORDER FINDING CASES NOT RELATED** |
| Defendants. | |
| Kurt Haefer, et al., | |
| Defendants. | |
| Alex Nguyen, et al., | |
| Defendants. | |

Presently before the Court is a judicial referral to consider whether Razavi v. Nguyen, C 08-05552 PVT is related to Razavi v. Razavi, C 05-5298 JW and Razavi v. Haefer, C 06-00473 JW.

Pursuant to Civ. L.R. 3-12(a), cases are related where (1) the actions concern substantially the same parties, property, transaction or event, and (2) it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different judges.

Although the parties in each case overlap to the extent that Melina Razavi has brought each of them, Razavi v. Nguyen concerns a different set of defendants. Further, the Complaint in Razavi v. Nguyen concerns factual allegations that are entirely independent and distinct from the

transactions and events at issue in the Razavi v. Razavi and Razavi v. Haefer cases.  Thus, it is not likely there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different judges.

Accordingly, the Court finds that Razavi v. Nguyen, C 08-05552 PVT is not related to Razavi v. Razavi, C 05-5298 JW or Razavi v. Haefer, C 06-00473 JW.

Dated:  February 10, 2009

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Melina Razavi
4501 Snell Avenue
Apt. #2804
San Jose, CA 95136

**Dated: February 10, 2009**                    **Richard W. Wieking, Clerk**

                                                **By:    /s/ JW Chambers                **
                                                         **Elizabeth Garcia**
                                                         **Courtroom Deputy**